UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**ORIGINAL**

| | |
|---|---|
| PETER VEECK d/b/a<br>REGIONAL WEB,<br>    Plaintiff and<br>    Counterclaim Defendant<br><br>vs.<br><br>SOUTHERN BUILDING CODE<br>CONGRESS INTERNATIONAL, INC.<br>    Defendant and<br>    Counterclaim Plaintiff | Case No. 4:98CV63 |

## JOINT MOTION REGARDING STATUS CONFERENCE

Whereas, Plaintiff Veeck brought this action for a declaratory judgment that Defendant SBCCI had waived whatever copyright it may otherwise have had in the ordinances in question, and that such ordinances, modeled after the standard codes of the Defendant SBCCI with permission, are public information and may be published on the Internet without permission of or payment to the Defendant.

Whereas, Defendant SBCCI counterclaimed for copyright infringement by Veeck of the Standard Codes by publication on the Internet without permission, and for violation of the software licensing agreement under which Veeck purchased the Standard Codes from SBCCI;

Whereas, SBCCI and Veeck both moved this Court for Summary Judgment and this Court granted Summary Judgment to SBCCI on its copyright claims;

Whereas, on July 30, 2002, the Court, pursuant to the Judgment and Mandate from the Court of Appeals for the Fifth Circuit, dismissed with prejudice all claims of the Southern Building Code Congress pursuant to the Judgment of the Fifth Circuit declaring the rights of the Parties;

1

Whereas, the Supreme Court of the United States denied Certiorari in the matter on June 27, 2003;

Whereas, the Parties are in agreement that no issues remain for resolution by this Court other than any claim by Veeck for attorney's fees;

Whereas, the Court has calendared a status conference for Nov. 5, 2003;

The Parties, hereby jointly request that the Court modify the order requiring a status conference by canceling the scheduled status conference and establishing a briefing schedule on the issue of attorney's fees.

Respectfully submitted,

Robert J. Veal
Attorney for SBCCI

Eric Weisberg
Attorney for Peter Veeck

SMITH, GAMBRELL & RUSSELL
A Limited Liability Partnership
Robert J. Veal, AL SBN VEA-001
Suite 3100, Promenade II
1230 Peachtree Street
Atlanta, Georgia 30309-3592
Telephone:    404-815-3500
Facsimile:    404-685-7065

Southern Building Code Congress International, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PETER VEECK,<br>    d/b/a Regional Web<br><br>    Plaintiff,<br>v.<br><br>SOUTHERN BUILDING CODE<br>CONGRESS INTERNATIONAL, INC.,<br><br>    Defendants. | Case No. 4:98 CV63<br>(Judge David Folsom)<br><br>**JOINT MOTION REGARDING**<br>**STATUS CONFERENCE** |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing JOINT MOTION REGARDING STATUS CONFERENCE upon Counsel listed below by depositing a copy of same for next day delivery with Federal Express on the 28th day of October, 2003.

Eric Weisberg, Esq.
Weisberg Law Office
20 West Main Street
Denison, Texas  75020-3026

_____
Robert J. Veal
Attorney for Defendants
Southern Building Code Congress
International, Inc.