ORIGINAL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 1 5 2004

DAVID J. MALAND, CLERK
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PETER VEECK d/b/a | ) |
| REGIONAL WEB, | ) |
|     Plaintiff and | ) |
|     Counterclaim Defendant | ) |
| | ) |
| vs. | )   Case No. 4:98CV63 |
| | ) |
| SOUTHERN BUILDING CODE | ) |
| CONGRESS INTERNATIONAL, INC. | ) |
|     Defendant and | ) |
|     Counterclaim Plaintiff | ) |

## (PROPOSED) FINAL JUDGMENT

In accordance with the Mandate issued by the United States Court of Appeals for the Fifth Circuit, this court has heretofore dismissed all of the claims of the Southern Building Code Congress International (SBCCI) against Peter Veeck. The matter of attorney's fees was heard on December 15, 2003 and there after mediated by the parties to an agreement encompassing all fees and costs which might have been awarded Peter Veeck in this action. The Parties have filed a joint motion for dismissal of all claims for attorneys fees and all other claims that might have been brought in this action. There are no other claims remaining in this case.

FINAL JUDGMENT is hereby entered in favor of Plaintiff Peter Veeck declaring that he did not infringe SBCCI's copyright by publishing the codes of Anna and Savoy, Texas on the Internet. Plaintiff's Peter Veeck's claim for attorneys fees and costs is dismissed with prejudice.

It is further ORDERED that any motion not previously ruled upon is hereby DENIED.

IT IS SO ORDERED. this ___15th___ day of ___July___, 2004

_____
David Folsom
United States District Judge